**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CRIMINAL DOCKETING STATEMENT**
(To be completed by appellant)

1. Appellate Case Number: 12-3035      1a. Criminal Action Number: 1:09-cr-00153-RMU-2
2. Case Name: United States of America v. Weldon Gordon
3. Appellant's Name: Weldon Gordon
   3a. Appellant's Defendant No.: 1      3b. Appellant's Fed. Reg/PDID No. 616113
4. Date of conviction 2/16/2012    4a. Date of sentence 05/17/2012
5. Name of District Court Judge Ricardo M. Urbina
6. Date of Notice of Appeal Filed: 05/25/2012
7. Offense(s) of conviction: SEE ATTACHMENT (Pages 1 and 2 of Judgment filed 06/06/2012)
8. Did appellant plead guilty?      ○ Yes  ● No
9. What sentence was imposed? SEE ATTACHMENT (Pages 1 - 4 of Docket Report for 1:09-cr-00153)
10. How much of the sentence has appellant served? Approx. 34 months, 28 days (since 11/05/09)
11. Is appellant challenging the conviction?    ● Yes  ○ No
12. Is appellant challenging the sentence?    ● Yes  ○ No
13. Has appellant filed a post-conviction motion?    ● Yes  ○ No
    If yes, what motion, date filed, and disposition: Motion for new trial filed 2/17/12 was denied
14. Is appellant incarcerated?    ● Yes  ○ No
    If yes, where: Maryland Correctional Adjustment Center (401 E. Madison St., Baltimore, MD)
    If no, address: _____ Phone (___) ___-____
15. Has appellant moved for release pending appeal in District Court?    ○ Yes  ● No
    If yes, date filed _____ Disposition: _____
    If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ● No
16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ● No
17. Did appellant have court-appointed counsel in District Court?    ● Yes  ○ No
18. Does counsel appointed in District Court wish to continue on appeal?    ○ Yes  ● No
19. Did defendant have retained counsel in district court?    ○ Yes  ● No
    If yes, will case proceed on appeal with retained counsel?    ○ Yes  ● No
    If no, will appellant seek appointment of counsel on appeal?    ○ Yes  ○ No
    If no, has a motion to proceed in forma pauperis been filed?    ○ Yes  ○ No
20. Has counsel ordered transcripts?    ● Yes  ○ No
21. If yes, from what proceedings: Trial (02/06/12 - 02/15/12) and Sentencing Hearing (05/15/12)
22. If yes, when will transcripts be completed? Unknown
23. Did counsel seek expedited preparation of sentencing transcripts?    ○ Yes  ● No

Signature _[signed]_       Date 10-02-2012
Name of Party Weldon Gordon
Firm Address Keller and Heckman LLP 1001 G Street, NW, Suite 500 West, Washington, D.C. 20001
Phone ( 202 ) 434-4213      Fax ( 202 ) 434-4646

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
          Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| WELDON GORDON | ) | Case Number: 09-153-02 |
| | ) | USM Number: 29533-016 |
| | ) | Thomas J. Saunders, Esquire |
| | ) | Defendant's Attorney |

**FILED JUN 0 6 2012**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☒ was found guilty on count(s)    1, 2, 3, 4 of the Superseding Indictment filed on 6/2/2011.
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1512(k) | Conspiracy to Obstruct Justice by Tampering with a Witness | 11/1/2008 | 1 |
| 18 USC 1512(a)(1)(A) and 2 | Tampering with a Witness, Victim or Informant by Killing, and Aiding and Abetting. | 11/1/2008 | 2 |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   1, 2, 3 of indict. filed 10/20/09   ☐ is   ☒ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 17, 2012
Date of Imposition of Judgment

*/s/ Ricardo M. Urbina*
Signature of Judge

Ricardo M. Urbina        U.S. District Judge
Name and Title of Judge

6-5-12
Date

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 2 of 8

DEFENDANT: WELDON GORDON
CASE NUMBER: 09-153-02

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1) and 841 (b)(1)(A)(iii) | Unlawful Distribution of 50 Grams or More of Cocaine Base | 9/12/2007 | 3 |
| 21 USC 841(a)(1) and 841 (b)(1)(A)(iii) | Unlawful Distribution of 50 Grams or More of Cocaine Base | 8/6/2008 | 4 |

APPEAL,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:09-cr-00153-RCL-2

| | |
|---|---|
| Case title: USA v. REAVES et al | Date Filed: 06/09/2009 |

Assigned to: Chief Judge Royce C. Lamberth

Appeals court case number: 12-3035

**Defendant (2)**

| | | |
|---|---|---|
| **WELDON GORDON** | represented by | **Anthony Douglas Martin**<br>ANTHONY D MARTIN, PC<br>7501 Greenway Center Drive<br>Suite 460<br>Greenbelt, MD 20770<br>(301) 220-3700<br>Fax: (301) 220-0791<br>Email: admartinnn@starpower.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Thomas J. Saunders**<br>3600 Clipper Mill Road<br>Suite 201<br>Baltimore, MD 21211<br>(410) 662-5586<br>Fax: (410) 662-5589<br>Email: thomas.j.saunders@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Brian Keith McDaniel**<br>MCDANIEL & ASSOCIATES<br>1211 Connecticut Avenue, NW<br>Suite 506<br>Washington, DC 20036<br>(202) 331-0793<br>Fax: (202) 331-7004<br>Email: bkmassociates@aol.com<br>*TERMINATED: 10/31/2011*<br>*ATTORNEY TO BE NOTICED* |

**Christopher Michael Davis**
DAVIS & DAVIS
1350 Connecticut Avenue,NW
Suite 202
Washington, DC 20036
(202) 234-7300
Fax: (202) 223-7005
Email: cdavisdc@aol.com
*TERMINATED: 09/01/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Danny C. Onorato**
SCHERTLER & ONORATO LLP
575 7th Street, N.W.
Suite 300 South
Washington, DC 20004
(202) 628-4199
Fax: (202) 628-4177
Email: donorato@schertlerlaw.com
*TERMINATED: 09/01/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Schertler**
SCHERTLER & ONORATO, L.L.P.

575 7th Street, NW
Suite 300 South
Washington, DC 20004
(202) 628-4199
Fax: (202) 628-4177
Email: dschertler@schertlerlaw.com
*TERMINATED: 09/01/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**George Allen Dale**
LAW OFFICE OF G. ALLEN DALE
575 Seventh Street, NW
Suite 300, South
Washington, DC 20004
(202) 638-2900
Fax: (202) 783-1654
Email: gallendale@aol.com
*TERMINATED: 10/05/2010*
*Designation: CJA Appointment*

**Veronica Renzi Jennings**
SCHERTLER & ONORATO LLP
575 7th Street, N.W.
Suite 300 South
Washington, DC 20004
(202) 628-4199
Fax: (202) 628-4177
Email: vjennings@schertlerlaw.com
*TERMINATED: 09/01/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1512(k); TAMPERING WITH WITNESS, VICTIM, OR AN INFORMANT; Conspiracy to Obstruct Justice by Tampering with a Witness.<br>(1s) | Two Hundred Forty (240) Months incarceration followed by Thirty Six (36) Months of Supervised Release, all to run concurrently with the terms imposed on Counts 2s, 3s-4s. A $100.00 Special Assessment and $2,500.00 Fine imposed. |
| 18:1512(a)(1)(A) and 2; TAMPER W/WITNESS, VICTIM, INFORMANT (IF DEATH RESULTS); Tampering With a Witness, or Informant by Killing and Aiding and Abetting.<br>(2s) | Life term followed by Sixty (60) Months of Supervised Release, all to run concurrently with the terms imposed on Counts 1s, 3s-4s. A $100.00 Special Assessment imposed. |
| 21:841(a)(1) and 841(b)(1)(A)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Distribution of 50 Grams or More of Cocaine Base.<br>(3s-4s) | Four Hundred Eighty (480) Months followed by Sixty (60) Months of Supervised Release, all to run concurrently with the terms imposed on Counts 1s and 2s. A $200.00 Special Assessment imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1512(k); TAMPER W/WITNESS, VICTIM, INFORMANT (IF DEATH RESULTS); Conspiracy to Obstruct Justice by Killing a Witness.<br>(1) | DISMISSED BY MOTION OF THE GOVERNMENT. |
| 21:841(a)(1) and 841(b)(A)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; | DISMISSED BY MOTION OF THE |

| | |
|---|---|
| Unlawful Distribution of 50 Grams or More of Cocaine Base. (2) | GOVERNMENT. |
| 21:841(a)(1) and 841(a)(A)(iii); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Distribution of 50 Grams or More of Cocaine Base. (3) | DISMISSED BY MOTION OF THE GOVERNMENT. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA**     represented by     **Darlene Michele Soltys**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4110
Washington, DC 20530
(202) 252-7685
Fax: (202) 616-2296
Email: darlene.soltys@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emory Vaughan Cole**
U.S. ATTORNEY'S OFFICE
Violent Crimes and Narcotics Trafficking
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7692
Fax: (202) 616-2296
Email: Emory.Cole@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2009 | 12 | SUPERSEDING INDICTMENT as to TIFFANY REAVES (1) count(s) 1s, WELDON GORDON (2) count(s) 1, 2, 3. (hsj, ) (Entered: 10/22/2009) |